# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3708

_____

George Poole,                                    *
                                                 *
                    Appellant,                   *
                                                 *
            v.                                   *   Appeal from the United States
                                                 *   District Court for the
Unknown Flanery, Police Officer,                 *   Eastern District of Missouri.
                                                 *
                    Appellee.                    *   [UNPUBLISHED]

_____

Submitted: October 5, 2007
Filed: October 10, 2007

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

George Poole appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful review of the record, see Dulany v. Carnahan, 132 F.3d 1234, 1237 (8th Cir. 1997) (standard of review), we affirm for the reasons stated by the district court in its well-reasoned opinion, see 8th Cir. R. 47B.

_____

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.